SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

R. Thomas Colonna
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6552
Richard.Colonna@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT BOUSE,<br><br>   Plaintiff,<br><br>   vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 2:24-cv-00687-APG-DJA<br><br>**Order to Extend Discovery Deadlines**<br><br>**(Third Request)** |

  Pursuant to LR IA 6-1 and LR 26-3, the parties request a sixty (60) day extension of discovery deadlines, which is supported by grounds and circumstances set forth below. The parties have conducted discovery diligently and in good faith. This is the second request for an extension of the discovery deadlines.

### DISCOVERY COMPLETED

The parties have completed the following discovery:

  1. Plaintiff made his initial disclosures on August 27, 2024.

  2. Defendant made its initial disclosures on August 30, 2024.

  3. Plaintiff served a Request for Production on Defendant on October 15, 2024.

  4. Defendant served its first supplemental disclosure of witnesses and documents on October 23, 2024.

5. Defendant served its First Request for Interrogatories and Requests for Production on Plaintiff on November 5, 2024.

6. Defendant served its second supplemental disclosure of witnesses and documents and responses to Plaintiff's Request for Production on November 14, 2024.

7. Defendant noticed the depositions of Plaintiff and his wife for February 20, 2025.

8. Plaintiff served his first supplemental disclosure of witnesses and documents on January 29, 2025

9. Plaintiff served his second supplemental disclosure of witnesses and documents on January 30, 2025.

10. Defendant has requested additional HIPAA authorizations to be able to fully obtain Plaintiff's pertinent medical records.

11. Defendant took the depositions of Plaintiff and his wife on February 20, 2025.

## DISCOVERY REMAINING

The parties need to obtain additional medical records from recently disclosed private providers and the military, take depositions of the parties, designate initial and rebuttal experts, and depose experts and other witnesses.

The parties reserve the right to engage in any other discovery permitted by applicable rules and within the revised discovery deadlines if the court approves this stipulation.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Since the Order granting the Stipulation to Continue to Discovery (ECF No. 17), the parties have been working diligently to advance discovery. Currently, the parties are comparing and coordinating schedules to depose Dr. Christensen.  In addition, Defendant is in the process of scheduling and noticing the deposition of Nurse Lili Picar that treated Plaintiff.

Per recent guidance and executive orders, this extension will allow additional time

2

for the Defendant to obtain and secure an expert to review over 5,000 pages of medical records. Additionally, the extension will allow the parties to coordinate depositions of Plaintiff, witnesses and experts.

The parties' counsel conferred and agreed that a sixty (60) day extension would be proper. The parties agree that neither party will be prejudiced by the proposed extension, and that they may be prejudiced should the current schedule remain in place. The parties agree the extension is sought in good faith.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed sixty (60) day extension of discovery deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Expert Disclosure | April 14, 2025[1] | **June 13, 2025** |
| Rebuttal Expert Disclosure | May 14, 2025 | **July 14, 2025** |
| Discovery Cutoff | June 13, 2025 | **August 12, 2025** |
| Dispositive Motions | July 14, 2025[2] | **September 12, 2025** |
| Proposed Joint Pretrial Order | August 13, 2025 | **October 13, 2025**[3] |

///
///
///
///
///
///
///
///
///

---

[1] April 12, 2025 is a Saturday.
[2] July 13, 2025 is a Sunday.
[3] October 12, 2025 is a Sunday.

3

This request for an extension of time is not sought for any improper purpose including delay. This is the second request for an extension of discovery deadlines in this matter.

Respectfully submitted this 17th day of March 2025.

| | |
|---|---|
| PAUL PADDA LAW, PLLC | SUE FAHAMI<br>Acting United States Attorney |
| */s/Eric Lartsen*<br>ERIC LARSEN, ESQ.<br>4560 South Decatur Blvd., Suite 300<br>Las Vegas, Nevada 89103 | */s/R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2025

4