TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dwight Bouse,<br><br>                    Plaintiff,<br><br>          v.<br><br>United States of America,<br><br>                    Defendant. | Case No. 2:24-cv-00687-APG-DJA<br><br>**Stipulation and Order to Stay Dispositive Motion and JPTO Deadlines** |

On April 3, 2026, this court granted the parties joint request for a settlement conference. ECF No. 32. The settlement conference has been set for July 28, 2026. ECF No. 33. The remaining deadlines in this case are the dispositive motions (due June 2, 2026) and the JPTO deadlines (due July 6, 2026). ECF No. 29.

//

//

//

//

//

Considering the forthcoming settlement conference, the parties would like to request a stay from this Court from these deadlines pending the result of the settlement conference. If the matter is not settled, the parties will submit amended proposed deadlines for the court to review within 14 days of the conference.

Respectfully submitted this 10th day of April 2026.

| | |
|---|---|
| PAUL PADDA LAW, PLLC | TODD BLANCHE<br>Acting Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Eric R. Larsen*<br>PAUL S. PADDA, ESQ<br>ERIC R. LARSEN, ESQ.<br>Nevada Bar No. 13193<br>4560 South Decatur Blvd., Suite 300<br>Las Vegas, Nevada 89103 | */s/ Nathan M. Claus*<br>NATHAN M. CLAUS<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ___4/13/2026___

2