TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Dwight Bouse,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:24-cv-00687-APG-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dwight Bouse and Defendant, United States of America, by and through their undersigned counsel, stipulate that his claim shall be dismissed with prejudice.

//

//

//

//

//

//

//

//

//

Each party to bear its own costs and attorney's fees.

Respectfully submitted this 10th day of September 2026.

PAUL PADDA LAW, PLLC,

*/s/ Eric Larsen*
ERIC LARSEN
6605 Las Vegas Blvd. South, Suite 203
Las Vegas, Nevada 89119
*Attorneys for Plaintiffs*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/Nathan M. Claus*
NATHAN M. CLAUS
*Assistant United States Attorney*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** September 14, 2026